1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    JULIAN RODRIGUEZ,                          No.  2:21-cv-01511-TLN-KJN

12                    Plaintiff,

13          v.                                    **ORDER**

14    B. SCNUMMAN,

15                    Defendant.

16

17          Plaintiff, a former state prisoner proceeding pro se, filed this civil rights action seeking

18   relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On October 11, 2022, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within twenty-one days.  Neither party filed

23   objections to the findings and recommendations.

24          The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

26   *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

27   the file, the Court finds the findings and recommendations to be supported by the record and by

28   the magistrate judge's analysis.

                                            1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 11, 2022, are ADOPTED IN FULL; and

2. This action is DISMISSED without prejudice.  *See* Fed. R Civ. P. 37(b)(2)(a)(v).

**DATED:  December 15, 2022**

_____
Troy L. Nunley
United States District Judge